## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

James Evans

                      Plaintiff,

v.                                            Case No.: 1:25–cv–11631

                                            Honorable LaShonda A. Hunt

Uncharted Supply Company, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 24, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic motion hearing held. Defendant failed to appear or notify Chambers of any scheduling conflicts. For the reasons stated on the record, Plaintiff's motion for default judgment as to Defendant Uncharted Supply Company [25] is granted. Enter Default Judgment Order. Plaintiff is ordered to serve a copy of this Default Judgment Order and minute entry upon Defendant and promptly file proof of the same. Civil case terminated. Any motion for attorney fees and costs by Plaintiff is due by 4/14/26. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.