# EXHIBIT 1

Evans, James v. Uncharted Supply Company, Inc. | Case No. 125-cv-11631 (NDIL)



**TAX ID: 86-2094191**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 001184 | 11/6/2025 | 86382 |

**1401 Garden Hwy, #100 Sacramento, CA 95833**
**Phone: (916) 436-5484 Fax: (877) 856-9755**

Bill To:
**EQUAL ACCESS LAW GROUP, PLLC**
**ATTN: Tina Miller**
**4903 Avenue N**
**Brooklyn, NY 112343701**

File No:**1:25-cv-11631**
Servee:**Uncharted Supply Company, Inc.**
Case No:**1:25-cv-11631**
Court:**UNITED STATES DISTRICT COURT**
Plaintiff:**JAMES EVANS, on behalf of himself and al**
Defendant:**Uncharted Supply Company, Inc.**

Documents: SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL; NOTIFICATION OF DOCKET ENTRY

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Service of Process** | | | **65.00** |
| **Rush** | | | **20.00** |

**SUMMARY**
  **Servee: Uncharted Supply Company, Inc.**
  **Address: 1209 N Orange St, # Wilmington, DE 198011120**
  **Completed on 11/6/2025**

PAID

| | TOTAL DUE | $ 85.00 |
|---|---|---|

Thank you for choosing A2Z Attorney Service!

For proper credit please detatch this section and return with your payment.    **Remittance Copy**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 001184 | 11/6/2025 | 86382 |

Remit To:

**1401 Garden Hwy, #100**
**Sacramento, CA 95833**

**TOTAL DUE:** | $ 85.00

1. PLEASE INCLUDE INVOICE NUMBERONPAYMENT.

2. MAKE CHECKS PAYABLE TO  **A2Z Attorney Service**

Order#:86382     /INVOICEP

Accounts more than 30 days past due are subject to a finance charge of 1.5% per month

12/4/25, 4:30 PM                                         Inbox - Michael Cohen - Outlook

 Outlook

---

**USPS eReceipt**

---

**From** DoNotReply@ereceipt.usps.gov <DoNotReply@erece pt.usps.gov>
**Date** Thu 12/4/2025 4:25 PM
**To** M chael Cohen <Mcohen@Ealg.law>

---

USPSlogo

RYDER  RETAIL                                       2222  FLATBUSH  AVE
BROOKLYN, NY 11234-9993                                 www.usps.com
12/04/2025                          04:25 PM --------------------------------------------------
--------------------                 TRACKING NUMBERS


9589 0710 5270 3235 6150 91
-----------------------------------------------------------------------
           TRACK STATUS OF ITEMS BY LINK
                (Up to 25 items)
                            Click to track items
-----------------------------------------------------------------------
                            TRACK   STATUS   BY   TEXT   MESSAGE
                    Send   tracking   number   to   28777   (2USPS)
           Standard message and data rates may apply -------------------------------------------------
-------------------------                            TRACK  STATUS  ONLINE
           Visit https://www.usps.com/tracking        Text and e-mail alerts available --
-----------------------------------------------------------------------
              PURCHASE DETAILS ----------------------------------------------------------------
--- Product                    Qty      Unit    Price                           Price --
-----------------------------------------------------------------------          First-
Class Mail®               1              $2.72 Large Envelope
    Park City, UT 84060
    Weight: 0 lb 4.50 oz
    Estimated Delivery Date
       Wed 12/10/2025    Certified Mail®                    $5.30        Tracking #:
       9589 0710 5270 3235 6150 91 Total                    $8.02

-----------------------------------------------------------------------
Grand Total:                      $8.02 --------------------------------------------------------
------------------ Credit Card Remit                  $8.02    Card Name: VISA
    Account #: XXXXXXXXXXXX0704
    Approval #: 05112G
    Transaction #: 460
    AID: A00000000031010   Contactless
    AL: VISA CREDIT -----------------------------------------------------------------------

           TO REPORT AN ISSUE          Visit https://emailus.usps.com

       All hazardous labels/markings on reused          boxes MUST be completely
       removed/obliterated if they no longer            match the contents.

           In a hurry? Self-service kiosks offer               quick and easy check-
out. Any Retail              Associate can show you how.

           PREVIEW YOUR MAIL AND PACKAGES                    Sign up for FREE at
       https://informeddelivery.usps.com

                            All   sales   final   on   stamps   and   postage.
       Refunds for guaranteed services only.

---



AMERICAN MAIL DEPOT
4809 AVENUE N
BROOKLYN, NY. 11234
(718) 951-6255

01/23/2026                    13:26

Sale

Trans #: 8   Batch #: 865

MEX    CHIP Contactless
...........1218      **/**

                    $17.60
                    -------
                    $0.62
AL AMT:             $18.22

SP:                 APPROVAL
de:



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To
Uncharted Supply Company
Street, Apt. No.; or PO Box No.  1260 Ironhorse Dr. Suite A
City, State, ZIP+4  Park City, UT 84060

PS Form 3800, August 2006          See Reverse for Instructions

7014 0150 0000 8109 1047

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To
Uncharted Supply Co. Corp Trust Co.
Street, Apt. No.; or PO Box No.  1209 Orange Street
City, State, ZIP+4  Wilmington, DE 19801

PS Form 3800, August 2006          See Reverse for Instructions

7014 0150 0000 8109 1054

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery    $ _____
☐ Adult Signature Required    $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
Uncharted Supply Company

Street and Apt. No., or PO Box No.
1209 Orange Street ~~Suite~~ A

City, State, ZIP+4®
Wilmington, DE 19801

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0121 1333 56

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery    $ _____
☐ Adult Signature Required    $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
Uncharted Supply Company

Street and Apt. No., or PO Box No.
1260 Ironhorse Dr. Suite A

City, State, ZIP+4®
Park City, UT 84060

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0121 1333 63

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To _Uncharted Supply Co. Corp. Trust Service_
Street and Apt. No., or PO Box No. _1209 Orange St._
City, State, ZIP+4® _Wilmington, DE 19801_

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0121 1334 62

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To _Uncharted Supply Company_
Street and Apt. No., or PO Box No. _1260 Ironhorse Dr. Suite A_
City, State, ZIP+4® _Park City, UT 84060_

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0121 1334 17

03|07

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  Uncharted Supply Company
Street and Apt. No., or PO Box No.  1260 Ironhorse Drive, Suite A
City, State, ZIP+4®  Park City UT 84060

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

7137 0121 5270 0710 9589 45

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  Uncharted Supply Company
Street and Apt. No., or PO Box No.  1209 Orange Street
City, State, ZIP+4®  Wilmington DE 19801

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

7137 0121 5270 0710 9589 52

03/27

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 0121 1339 43

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To  Uncharted Supply Company
Street and Apt. No., or PO Box No.  1209 Orange Street
City, State, ZIP+4®  Wilmington, DE 19801

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 0121 1339 50

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To  Uncharted Supply Company
Street and Apt. No., or PO Box No.  1760 Ironhorse Drive Suite A
City, State, ZIP+4®  Park City, UT 84060

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

04/16

Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional information other than what is provided on USPS.com.

Tell us about your experience.

Go to: https://postalexperience.com/pos?mt=9
or call 1-800-410-7420.

--------------------------------------------------------------------------

UFN: 350874-0344
Receipt #: 840-51100085-4-9101747-2
Clerk: 14

Privacy Act Statement: Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.